AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Camacho, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-01957-MMA-JLB |
| The Control Group Media Company, LLC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Control Group Media Company, LLC  and TruthFinder, LLC                                                      .

Date:   12/23/2021

/s/ Kate T. Spelman
*Attorney's signature*

Kate T. Spelman (CA Bar No. 269109)
*Printed name and bar number*

Jenner & Block LLP
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
*Address*

KSpelman@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*