**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*) (Ill. Bar No. 6205154)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*) (Ill. Bar No. 6282174)
wthomson@jenner.com
Clifford W. Berlow (*pro hac vice*) (Ill. Bar No. 6292383)
cberlow@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone: 312 222-9350
Facsimile: 312 527-0484

Attorney for Defendants The Control Group Media Company, LLC and TruthFinder, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDINA CAMACHO and RHONDA COTTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, LLC, a Delaware limited liability company, and TRUTHFINDER, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:21-cv-01957-MMA-JLB<br><br>The Honorable Michael M. Anello<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: April 4, 2022<br>Hearing Time: 2:30 p.m.<br>Courtroom: 3D |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 4, 2022, at 2:30 p.m., or as soon thereafter as counsel may be heard, Defendants The Control Group Media Company, LLC and TruthFinder, LLC (collectively "TruthFinder") will appear before the Honorable Michael M. Anello in Courtroom 3D of the Edward J. Schwartz United States Courthouse located at 221 West Broadway, San Diego CA 92101, and will, and hereby does, move to dismiss Plaintiffs Jose Medina Camacho and Rhonda Cotta's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) and Federal Rule of Civil Procedure 12(b)(6).

TruthFinder's motion is based on this Notice of Motion and Motion, the attached Memorandum of Points & Authorities, and Exhibits thereto, and any additional argument or evidence that TruthFinder may present in its reply brief, at the hearing on this matter, or otherwise.

DATED: January 31, 2022                                JENNER & BLOCK LLP

                                          By:    <u>s/ Kate T. Spelman</u>
                                                  Attorney for Defendants
                                                  The Control Group Media Company, LLC
                                                  and TruthFinder, LLC
                                                  E-mail: kspelman@jenner.com